IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL C. LOPEZ, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HALSTED FINANCIAL SERVICES, LLC, et al.<br><br>Defendants. | CIVIL ACTION<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Mary Rowland<br><br>NO. 1:16-cv-02539 |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT HALSTED**

Legal counsel for Defendant HALSTED FINANCIAL SERVICES, LLC ("Halsted"), Carlos Ortiz, James C. Vlahakis and Brendon Stein ("Counsel"), move this Court for an order granting them leave to withdraw from their representation of Halsted and in support state:

1. Local Rule 83.17 provides that "[t]he attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court . . . ."

2. As discussed in open court last week, Halsted has asked Counsel to withdraw from this case. Because the reasoning behind this request is governed by the attorney client privilege, the basis for Halsted's request to withdraw is privileged. As further basis for supporting this motion is the fact that Counsel has not been paid for several months.

3. Counsel certifies that attorney James C. Vlahakis emailed the Court's Minute Order of March 3, 2017 (dkt. 116) to Halsted, in care of Syed Ali, on March 3rd. The Minute Order reads in relevant part: "Halsted's motion to withdraw as counsel shall be due by 3/9/17. Halsted Financial Services must retain counsel by 3/9/17; counsel must file their appearance by

3/9/17. If counsel is not retained, a representative from Halsted must be present at the next status."

4. For the reasons discussed in Paragraph 2, Counsel can no longer represent Halsted.

5. Counsel certifies that attorney James C. Vlahakis will email a filed stamped copy of this Motion to Halsted, in care of Syed Ali, immediately after filing this Motion.

WHEREFORE, for the reasons set forth above, counsel for Defendant HALSTED FINANCIAL SERVICES, LLC, attorneys Carlos Ortiz, James C. Vlahakis and Brendon Stein move this Court for an order granting them leave to withdraw from their representation.

/s/ *James C. Vlahakis*

One of Halsted's Attorneys

James C. Vlahakis
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3527
Fax: (312)704-3001
jvlahakis@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2017, I electronically filed the above **Motion** with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division by using the CM/ECF system which will send notification of such filing(s) to all counsel of record and to Halsted via email in care of Syed Ali.

                                                   By: s/James C. Vlahakis
                                                   James C. Vlahakis
                                                   Attorney for Defendant
                                                 HINSHAW & CULBERTSON LLP
                                                 222 North LaSalle, Suite 300
                                                 Chicago, IL 60601-1081
                                                 tel 312-704-3000
                                                 fax 312-704-3001
                                                        jvlahakis@hinshawlaw.com

6436721v1 7048395