IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL LOPEZ, JR., on behalf of himself and all others similarly situated, ) ) ) | Case 16-cv-2539 |
| Plaintiff, ) ) ) | Judge John Z. Lee |
| v. ) ) ) | Magistrate Judge Mary Rowland |
| HALSTED FINANCIAL SERVICES, LLC ) FIRST FINANCIAL INVESTMENT FUND) HOLDINGS, LLC and FIRST FINANCIAL ) PORTFOLIO SERVICES, LLC. ) ) | JURY DEMAND |
| Defendants. ) ) | |

## NOTICE OF MOTION

TO: ECF Service List

    PLEASE TAKE NOTICE that on January 23, 2019, at 9:00 a.m., we shall appear before the Honorable Judge John Z. Lee, United States District Court, Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION TO WITHDRAW, which was filed with the ECF system for the Northern District of Illinois.

                                      Respectfully submitted,

                                      /s/ Michael Karnuth
                                      Keith J. Keogh
                                      Michael Karnuth
                                      KEOGH LAW, LTD.
                                      55 West Monroe, Suite 3390
                                      Chicago, IL 60603
                                      (312) 726-1092
                                      (312) 726-1093 (fax)

## **CERTIFICATE OF SERVICE**

      I, Michael Karnuth, an attorney, certify that on **January 16, 2019**, I caused the foregoing **Notice of Motion** regarding the **Motion to Withdraw as Counsel** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

      *s/ Michael Karnuth*